1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JABIR SINGH et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC., <br><br> Defendants. | No. 1:15-cv-01497-DAD-BAM <br><br><br> <u>ORDER RELATING AND REASSIGNING CASES</u> |
| NICHOLAS E. RICH, <br><br> Plaintiff, <br><br> v. <br><br> ROADRUNNER INTERMODAL SERVICES, LLC; CENTRAL CAL TRANSPORTATION, LLC; and MORGAN SOUTHERN, INC., <br><br> Defendants. | No. 1:16-cv-01900-DAD-BAM |

1

|   |   |
|---|---|
| LATRINA PHILLIPS, | No. 1:17-cv-00164-LJO-SAB |
| Plaintiff, | |
| v. | |
| ROADRUNNER INTERMODAL SERVICES, LLC; MORGAN SOUTHERN, INC., | |
| Defendants. | |

Review of the record in above-referenced action entitled *Latrina Phillips v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:17-cv-00164-LJO-SAB, reveals it is related under this court's Local Rule 123 to the following actions pending before the undersigned: (1) *Jabir Singh et al. v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:15-cv-01497-DAD-BAM; and (2) *Nicholas E. Rich v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:16-cv-01900-DAD-BAM.  These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law.  In addition, the currently assigned district and magistrate judges in the *Phillips* action have not engaged in this matter in any substantial way.  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara McAuliffe will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing, the court orders that the *Phillips* action is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Barbara McAuliffe.

/////

/////

/////

/////

/////

/////

1   Accordingly, documents filed in the above-referenced actions shall bear the following
2 new case numbers:

**1:15-cv-01497-DAD-BAM**

**1:16-cv-01900-DAD-BAM**

**1:17-cv-00164-DAD-BAM**

IT IS SO ORDERED.

Dated:   **February 8, 2017**                               /s/ Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE